IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **EDWARD BENTON GLASS,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:15-CV-3904-L** |
| | § | |
| **PARKLAND HEALTH AND HOSPITAL SYSTEM, et al.,** | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the court is Plaintiff Edward Benton Glass's ("Plaintiff") *pro se* Complaint, filed December 8, 2015. The case was referred to Magistrate Judge Paul D. Stickney for pretrial management, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on January 11, 2016, recommending that the court *sua sponte* dismiss without prejudice for failure to prosecute or failure to comply with the federal rules or any court order. No objections to the Report were filed.

Having reviewed the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. On December 8, 2015, Plaintiff filed this complaint. On December 15, 2015, Plaintiff was sent a United States Magistrate Judge's Questionnaire so the court could obtain more information about his claims. The Questionnaire was returned to the court as undeliverable on January 6, 2016, and Plaintiff has failed to provide the court with an alternative mailing address. Accordingly, the court *sua sponte* **dismisses without prejudice** Plaintiff's claim for want of prosecution and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).

**It is so ordered** this 27th day of January, 2016.

_____
Sam A. Lindsay
United States District Judge

**Order – Page 2**